ALLISON M. BROWN (Bar No. 44992012)
allison.brown@weil.com
RICHARD HEASLIP (Bar No. 140052015)
richard.heaslip@weil.com
WEIL, GOTSHAL & MANGES LLP
17 Hulfish Street, Suite 201
Princeton, NJ 08542
Telephone: (609) 986-1100
Facsimile: (609) 986-1199

DAVID R. SINGH (admitted *pro hac vice*)
david.singh@weil.com
HONG-AN N. TRAN (admitted *pro hac vice*)
an.tran@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway, 6th Floor
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Defendant Apple Inc.

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| GINA PRIANO-KEYSER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | Case No. 2:19-cv-09162<br><br>**NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**(Oral Argument Requested)** |

TO PLAINTIFF AND HER ATTORNEY OF RECORD:

PLEASE TAKE NOTICE that on June 17, 2019 at 9:00 a.m. or as soon thereafter as counsel may be heard, Defendant Apple Inc. ("Apple") will and hereby does move to dismiss Plaintiff Gina Priano-Keyser's ("Plaintiff") Complaint filed in this action (the "Complaint"), and specifically Plaintiff's claims for violations of the New Jersey Consumer Fraud Act, N.J.S.A. § 56:8-1, *et seq.* (Count I), breach of express warranty (Count II), and breach of the implied warranty of merchantability (Count III) pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief can be granted and 12(b)(1) for lack of subject-matter jurisdiction.

Apple bases this request for relief upon this Notice of Motion and Motion to Dismiss, the memorandum of law in support thereof, and such other argument as may be presented to the Court.

Dated: May 17, 2019

                                              Respectfully submitted,

                                              WEIL, GOTSHAL & MANGES LLP

                                              By:  */s/ Allison M. Brown*
                                                        ALLISON M. BROWN

                                              Attorneys for Apple Inc.