UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

GINA PRIANO-KEYSER,    :    Civil Action No. 19-9162 (KM) (MAH)
       Plaintiff,    :
   v.    :    ORDER
APPLE, INC.,    :
       Defendant.    :
_____:

    This matter having come before the Court on Defendant Apple, Inc.'s informal request to stay discovery pending resolution of its motion to dismiss, D.E. 10, which the parties raised in their joint discovery plan, D.E. 17;

    and the Court having heard argument from the parties during the initial scheduling conference held on the record on August 20, 2019;

    and the Court having considered the parties' arguments, as well as the applicable law;

    and for the reasons set forth in an Oral Opinion delivered on the record on September 26, 2019;[1]

    and for good cause shown,

    **IT IS ON THIS 26th day of September 2019,**

    **ORDERED** that Defendant's informal application to stay discovery pending resolution of its motion to stay is granted; and it is further

---

[1] A copy of this transcript may be obtained from King Transcription Services (973-237-6080).

**ORDERED** that within five (5) days of a decision on the merits of the motion, if any portion of the case remains, the parties shall file with the Court an amended joint discovery plan.

s/Michael A. Hammer
**UNITED STATES MAGISTRATE JUDGE**
