SHEPHERD, FINKELMAN, MILLER
 & SHAH, LLP
James C. Shah
Natalie Finkelman Bennett
475 White Horse Pike
Collingswood, NJ  08107
Telephone: 856/858-1770
Facsimile: 866/300-7367
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

*Attorneys for Plaintiff, Gina Priano-Keyser,
On Behalf of Herself and
All Others Similarly Situated*

(Additional Counsel on Signature Page)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GINA PRIANO-KEYSER, on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>  vs.<br><br> APPLE, INC.,<br><br>   Defendant. | Case No. 19-09162 (KM)(MAH)<br><br>**Notice of Voluntary Dismissal Pursuant to F.R.C.P. 41** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, Gina Priano-Keyser, hereby dismisses this matter with prejudice as to her claims, with each party to bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED: April 1, 2020 | SHEPHERD, FINKELMAN, MILLER & SHAH, LLP |

/s/ *James C. Shah*
James C. Shah
Natalie Finkelman Bennett
475 White Horse Pike
Collingswood, NJ 08107
Tel: 856-858-1770
Fax: 866-300-7367
jshah@sfmslaw.com
nfinkelman@sfmslaw.com

John F. Edgar
Brendan M. McNeal
EDGAR LAW FIRM LLC
1032 Pennsylvania Ave.
Kansas City, MO 64105
Tel: 816-531-0033
jfe@edgarlawfirm.com
bmm@edgarlawfirm.com

*Attorneys for Plaintiff*